# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BEXAR COUNTY HOSPITAL DISTRICT d/b/a UNIVERSITY HEALTH SYSTEM, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) ) | Civil Action No. 5:19-cv-00124-FB (HJB) |
| SCHINDLER ELEVATOR CORPORATION, | ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S ADR REPORT

Plaintiff Bexar County Hospital District d/b/a University Health System ("UHS" or "Plaintiff") files this ADR Report as required by Local Rule CV-88(b) and the Court's Scheduling Order [Doc. 16].

1. This case involves a dispute between UHS and its former elevator service company, Defendant Schindler Elevator Corporation ("Schindler" or "Defendant").

2. The parties participated in a pre-suit mediation on November 30, 2018, with Don Philbin. The parties divided the fee for the mediation equally. Jeffrey Jowers, Associate General Counsel, and Ed Banos, Chief Operating Officer, attended the mediation with settlement authority on behalf of UHS. Brian Boyle attended the mediation as counsel for UHS. David Gold attended as counsel

for Schindler, and several Schindler representatives, including Michael Shelburne, attended with settlement authority on behalf of Schindler.  The parties were not able to reach a settlement at the mediation.

3.      After the mediation was unsuccessful, UHS filed its original petition in Bexar County District Court, and Schindler subsequently removed the case to this Court and filed a counterclaim. UHS has answered the counterclaim.

4.      The parties have continued settlement discussions since the mediation, but they have not made any meaningful progress.  The parties believe that some discovery and expert consultation may be necessary to guide a potential settlement. To this end, the parties have commenced written discovery and are preparing to produce documents.

5.      The parties believe another mediation in the future may be appropriate after the parties participate in initial discovery in this case.

Respectfully submitted on May 17, 2019.

*/s/ Brian C. Boyle*

Brian C. Boyle
Texas Bar No. 24045543
bboyle@lightfootlaw.com
LIGHTFOOT FRANKLIN & WHITE LLC
1885 Saint James Place, Suite 1150
Houston, Texas  77056
Telephone:  (713) 960-1488
Facsimile:  (713) 960-8991

Robert J. "Jay" Sewell
Texas Bar No. 24102485
*jsewell@lightfootlaw.com*
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

ATTORNEYS FOR PLAINTIFF,
BEXAR COUNTY HOSPITAL DISTRICT
d/b/a UNIVERSITY HEALTH SYSTEM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's electronic case management filing system on this the 17th day of May 2019.

*/s/ Brian C. Boyle*
Brian C. Boyle