UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BEXAR COUNTY HOSPITAL DISTRICT d/b/a University Health System,<br><br>             Plaintiff,<br><br>v.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>             Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   SA-19-CA-124-FB (HJB)<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment on Defendant's Affirmative Defenses (Docket Entry 27) filed on December 16, 2019.

Under Local Rule CV-7(e)(2), a response to a dispositive motion must be filed "not later than 14 days after the filing of the motion." The Rule further provides that, "[i]f there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed." *Id.* Defendant's 14-day response to Plaintiff's motions for summary judgment (Docket Entry27) was due **December 30, 2019**. The time to respond has passed, yet Defendant has not responded.

Accordingly, it is hereby **ORDERED** that, within **fourteen (14) days of the date of this Order**, Defendant must respond to Plaintiff's motion for summary judgment (Docket Entry 27). Failure to respond will result in the motion being considered as unopposed.

**SIGNED** on January 8, 2020.

_____
Henry J. Bemporad
United States Magistrate Judge