# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| BEXAR COUNTY HOSPITAL DISTRICT, ) <br> d/b/a UNIVERSITY HEALTH SYSTEM ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> V. ) <br> ) <br> SCHINDLER ELEVATOR ) <br> CORPORATION, ) <br> ) <br>     **Defendant.** ) | CIVIL ACTION NO. SA-19-CA-124-FB |

## ADVISORY TO THE PARTIES AND COUNSEL
## CONCERNING STATUS OF THIS COURT'S CIVIL DOCKET

In an effort to keep the parties and counsel informed of the pandemic situation in which we find ourselves and its effect on civil litigation, a copy of this advisory is being sent in all of this Court's 200 plus pending civil cases. As you may be aware, there is a standing order which precludes jury trials before September 1, 2020. Given the present circumstances, this Court is not optimistic that jury trials will be held any sooner than January 1, 2021, if then. Even if jury panels are called, a recent Texas Juror survey by the National Center for State Courts (NCSC.org) indicates that having a diverse group of citizens appear for service could be unlikely and problematic. In the meantime, as counsel are aware, the Court is required to give precedence to criminal jury trials when jury trials do resume.

The Court presumes the parties prefer to resolve their disputes sooner rather than later. Accordingly, it appears the following options are currently available:

    1.    Settlement.

    2.    Dispositive motion practice.

    3.    Binding alternative dispute resolution.

4. Consent to have the entire case managed and addressed by the assigned United States Magistrate Judge, including a non-jury trial by agreement.

5. Agreement to have a non-jury trial before this Court, perhaps in person but more likely by video conferencing.

To the extent you are interested in any of the above choices, please communicate with the Court's law clerks, Ms. Christmas for odd-numbered cases at Gloria_Christmas@txwd.uscourts.gov and Ms. Sullivan for even-numbered cases at Joani_Sullivan@txwd.uscourts.gov.

It is so ORDERED.

SIGNED this 17th day of July, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE